# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ADIB K. TIMBUKTU,**
        **Plaintiff,**

    v.                                    Case No. 11-CV-00510

**SCOTT WALKER,**
        **Defendant.**

## ORDER

Pro se plaintiff Adib Timbuktu is suing defendant Scott Walker in order to challenge the constitutionality of Wisconsin's Voter ID Law, 2011 Wisconsin Act 23. On August 22, 2011, defendant filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6) and the Eleventh Amendment to the United States Constitution. Plaintiff has not yet responded to defendant's motion. Plaintiff is hereby notified that he has 14 days from the date of this order to file a brief in opposition to the motion to dismiss. If plaintiff fails to file a brief in opposition, the motion will be treated as unopposed.

**THEREFORE, IT IS ORDERED** that plaintiff has fourteen (14) days from the date of this order to file a brief in opposition to defendant's motion to dismiss.

Dated at Milwaukee, Wisconsin, this 15th day of December 2011.

                                            s/_____
                                            LYNN ADELMAN
                                            District Judge