# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ADIB K. TIMBUKTU,**
        **Plaintiff,**

   v.                              Case No. 11-CV-00510

**SCOTT WALKER,**
        **Defendant.**

## ORDER

Pro se plaintiff Adib Timbuktu is suing defendant Scott Walker in order to challenge the constitutionality of Wisconsin's Voter ID Law, 2011 Wisconsin Act 23. On August 22, 2011, defendant filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6) and the Eleventh Amendment to the United States Constitution. Plaintiff has not yet responded to defendant's motion. On December 15, 2011, I notified plaintiff that he had 14 days to file a brief in opposition to the motion to dismiss, but plaintiff has still not filed a response to defendant's motion. As a result, I am now dismissing this case for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Under Civil L.R. 41(c) (E.D. Wis.), plaintiff has 21 days to petition to re-instate the case.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated at Milwaukee, Wisconsin, this 3rd day of January 2012.

                                          s/_____
                                          LYNN ADELMAN
                                          District Judge